Peter Emile Van Zitter
16406 Millstream Lane
Cerritos, CA 90703
(562) 879-1852
Defendant in Pro Per



FILED
CLERK, U.S. DISTRICT COURT
07/28/15
CENTRAL DISTRICT OF CALIFORNIA
BY: PS DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>PETER EMILE VAN ZITTER )<br>)<br>Defendant. )<br>) | Case No.: CR12-00122-JAK<br><br>**NOTICE OF MOTION AND MOTION TO MODIFY THE CONDITIONS OF DEFENDANT'S SUPERVISED RELEASE**<br><br>Hearing Date: ~~08/17/20~~15<br>Time: ~~8:30 a.m.~~<br>Judge: Hon. John A. Kronstadt<br>Courtroom: 750 |

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that on ~~August 17th, 2015, at 8:30 a.m.~~, or soon thereafter as this matter may be heard in the above-entitled Court located at 312 N. Spring St., Rm. G-19, Los Angeles, CA 90012, the Defendant, Peter Emile Van Zitter, in this case, will move this Court to: Modify the conditions of Defendant's supervised release, specifically, to add an additional twenty-eight (28) hours of

1 community and/or work time per week so that Defendant may tend to medical care
2 associated with his recent stage IV lung cancer diagnosis.
3
4    This motion is based upon the following documents: (1) Memorandum of
5 Points and Authorities in Support of Motion to Modify the Conditions of
6 Defendant's Supervised Release; (2) Declaration in Support of Motion to Modify
7 the Conditions of Defendant's Supervised Release; and the complete files and
8 records in this action, and upon such oral documentary evidence as may be allowed
9 at the hearing of this motion.
10
11    This motion is made following the conference of counsel pursuant to
12 L.R. 7-3, which took place on July 13th, 2015.
13
14
15 Dated: 7/17/2015
16
17
18 By: _____
19    Peter Emile Van Zitter,
20    Defendant in Pro Per